PROB 22
(Rev. 01/24)

# TRANSFER OF JURISDICTION

**DOCKET NUMBER** *(Transferring Court)*
CR-21-03025-001-TUC-SHR (MSA)

**DOCKET NUMBER** *(Receiving Court)*
2:25-cr-00263-JCM-NJK-1

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| John Anthony Crumbley | District of Arizona | 4: Tucson |

✓ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
AUG 28 2025
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY: AMMi  DEPUTY

**NAME OF SENTENCING JUDGE**
The Honorable Scott H. Rash
U.S. District Judge

**DATES OF PROBATION/SUPERVISED RELEASE**
FROM 11/17/2022  TO 11/16/2031

**OFFENSE**
Violating, Title 8, U.S.C. §1324(a)(1)(A)(ii) and (a)(1)(B)(ii), Transportation of Illegal Aliens, Class C Felony offense, as charged in the Indictment.

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Crumbley and his family have established a residence and ties to the community. Crumbley has no intentions of returning to the District of Arizona for the remainder of his time on supervision.

**PART 1- ORDER TRANSFERRING JURISDICTION**

### UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA

   IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. §3605, the jurisdiction of the probationer or supervised releasee, John Anthony Crumbley, be transferred with the records of this Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

8/28/2025
Date

_[signature]_
The Honorable Scott H. Rash
U.S. District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2- ORDER ACCEPTING JURISDICTION**

**UNITED STATES DISTRICT COURT DISTRICT OF NEVADA**

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

September 3, 2025
Effective Date

_[signature] James C. Mahan_
United States District Judge

UNITED STATES PROBATION OFFICE
DISTRICT OF NEVADA
MEMORANDUM

RE: John Anthony Crumbley

Case No.: 4:21CR03025

TO BE ASSIGNED

August 28, 2025

TO: The Honorable District Court Judge

On November 17, 2022, Crumbley was sentenced by the Honorable Scott H. Rash to five (5) years' probation for committing the offense of Transportation of Illegal Aliens in the District of Arizona. On June 1, 2023, supervision was transferred to the District of Nevada due to Crumbley and his family establishing a residence and ties to the community.

On October 19, 2023, a petition to revoke probation was filed in the District of Arizona due to Crumbley committing a new law violation. On July 2, 2024, Crumbley's term of probation was reinstated for a term of 48 months.

The purpose of this letter is to inform the District of Nevada that the District of Arizona has initiated a transfer of jurisdiction as evidenced by the signed probation form 22. Crumbley has no intentions of returning to the District of Arizona for the remainder of his time on supervision, thus a transfer of jurisdiction is appropriate in this case. The probation form 22 is attached for Your Honor's consideration.

Should you have any questions, please contact the undersigned at Deleyna_Joseph@nvp.uscourts.gov or (702) 236-2134.

Respectfully submitted,

Digitally signed by Deleyna Jensen
Date: 2025.08.28 11:12:59 -07'00'

Deleyna Jensen
United States Probation Officer

Approved:

Digitally signed by Nickie Pipilakis
Date: 2025.08.28 11:11:37 -07'00'

Steve M Goldner
Supervisory United States Probation Officer